UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY FABIAN,

    Plaintiff,
v.                 9:16-CV-00022

DUBREY, *et al.*,

    Defendants.
_____

THOMAS J. McAVOY,
Senior United States District Judge


# DECISION & ORDER

## I. INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Dancks' June 13, 2017 Report-Recommendation and Order [dkt. # 29] have been filed, and the time to do so has expired.

## II. DISCUSSION

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. **III.**

**CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order [dkt. # 29] for the reasons stated therein. Defendant Craig DuBrey's motion for summary judgment

1

[dkt. # 27] is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 12, 2017

_____
Thomas J. McAvoy
Senior, U.S. District Judge