UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY FABIAN,

                **Plaintiff,**

v.                                         9:16-cv-22
                                              (TJM/TWD)

DUBREY, *et al.*,

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

# ORDER

The Court issued a motion to dismiss this action pursuant to Local Rule 41.2(b) and 10.1(c)(2) for plaintiff's failure to update his address and prosecute this action. *See*, Dkt. No. 42. Plaintiff responded, providing a notice of change of address to Five Points Correctional Facility and requesting the appointment of counsel. Dkt. No. 44.

The Court's dismissal motion, Dkt. No. 42, is **DENIED**. Plaintiff's request for the appointment of counsel, Dkt. No. 44, is referred to the Hon. Thérèse Wiley Dancks, the United States Magistrate Judge assigned in this matter.

**IT IS SO ORDERED.**

Dated: July 12, 2018

_____
Thomas J. McAvoy
Senior, U.S. District Judge